AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AMERICAN GLOBAL EXPORTERS L.L.C, a Florida limited liability company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BUCKEYE BARREL BROTHERS LLC, an Ohio limited liability company, and JASON GREEN, an individual, <br><br> *Defendant(s)* | Civil Action No. 0:23-cv-62305 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JASON GREEN
c/o Buckeye Barrel Brothers LLC
2741 Lyons Road
Dayton, Ohio 45458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Samuel M. Sheldon, Esq.
The Behar Law Firm, P.A.
1801 N.E. 123rd Street, Suite 314
North Miami, FL 33181
sms@beharlegal.com
786-735-3300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  12/05/2023

Angela E. Noble
Clerk of Court

SUMMONS

s/ Mary Etienne
Deputy Clerk
U.S. District Courts