UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-62305-CIV-ALTONAGA/Valle

AMERICAN GLOBAL EXPORTERS LLC,

Plaintiff,

v.

BUCKEYE BARREL BROTHERS LLC, *et al.*,

Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint.  Plaintiff filed this action on December 4, 2023, and to date, there is no indication in the court file that Defendants have been served with the summons and Complaint.  Therefore, on or before **March 3, 2024**, Plaintiff shall perfect service upon the Defendants or show cause why this action should not be dismissed for failure to perfect service of process.  Failure to file proof of service or show good cause by March 3 will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 18th day of December, 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:     counsel of record