## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 0:23-CV-62305

Plaintiff:
**AMERICAN GLOBAL EXPORTERS L.L.C,**
**a Florida limited liability company,**

vs.

Defendant:
**BUCKEYE BARREL BROTHERS LLC,**
**an Ohio limited liability company, and**
**JASON GREEN, an individual,**

For:
Samuel M. Sheldon, Esq.
The Behar Law Firm, P.A.
1801 NE 123rd Street
Suite 314
North Miami, FL 33160



MJD2023010791

Received by Process Services, Inc. on the 8th day of December, 2023 at 1:20 pm to be served on **Buckeye Barrel Brotheres, LLC c/o Inc Authority, Registered Agent, 1201 Dublin Road, Columbus, OH 43215.**

I, Michael A. Cozzi, do hereby affirm that on the **14th day of December, 2023 at 2:15 pm, I:**

**LLC:** Served the within name LIMITED LIABILITY COMPANY by leaving a true copy of the **Summons in a Civil Action and Complaint with Exhibits** at 1201 Dublin Road, Columbus, OH 43215 with the date and hour of service endorsed thereon by me to **Jenifer Dinga, Mail Coordinator** at 1201 Dublin Road, Columbus, OH 43215 informing said person of the contents therein, in accordance with F.S. 48.062

**Description** of Person Served: Age: 50+, Sex: F, Race/Skin Color: WHITE, Height: 5'11", Weight: 170, Hair: BROWN, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am of legal age, and have no interest in the above action.

**Michael A. Cozzi**
Process Server

**Process Services, Inc.**
**8382 State Road 84**
**Fort Lauderdale, FL 33324**
**(954) 474-4867**

Our Job Serial Number: MJD-2023010791

Copyright © 1992-2023 DreamBuilt Software. Inc. - Process Server's Toolbox V8.2r

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| AMERICAN GLOBAL EXPORTERS L.L.C, a Florida limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 0:23-cv-62305 |
| BUCKEYE BARREL BROTHERS LLC, an Ohio limited liability company, and JASON GREEN, an individual, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BUCKEYE BARREL BROTHERS LLC c/o Registered Agent
Inc Authority Ra
1201 Dublin Road
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Samuel M. Sheldon, Esq.
The Behar Law Firm, P.A.
1801 N.E. 123rd Street, Suite 314
North Miami, FL 33181
sms@beharlegal.com
786-735-3300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____ 12/05/2023 _____

s/ *Mary Etienne* _____

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court