AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __JASON GREEN__
was received by me on *(date)* __1-22-24__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __MRS. GREEN__
__HIS WIFE__ , a person of suitable age and discretion who resides there,
on *(date)* __1-23-24__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ~~$~~ $22 for travel and $ ~~$~~ $10 for services, for a total of $ ~~0.00~~ $32.00

I declare under penalty of perjury that this information is true.

Date: __1-23-24__

DEP. [signature] #66
*Server's signature*

DEP. J. CAMPBELL #66  DEPUTY SHERIFF
*Printed name and title*

555 INFIRMARY RD. DAYTON, OH. 45417
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED 2024 JAN 19 PM 2:16 MONTGOMERY COUNTY SHERIFF'S OFFICE