UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62305-CIV-ALTONAGA

AMERICAN GLOBAL EXPORTERS LLC,

      Plaintiff,

v.

BUCKEYE BARREL BROTHERS LLC, *et al.*,

      Defendants.

_____/

## SECOND AMENDED FINAL JUDGMENT[1]

**THIS CAUSE** came before the Court on Plaintiff, American Global Exporters LLC's Motion to Correct Amended Final Judgment [ECF No. 41], filed on April 2, 2024.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 41]** is **GRANTED**.  The Amended Final Judgment **[ECF No. 40]** is **SET ASIDE**.  Pursuant to Federal Rule of Civil Procedure 55(b)(2), default judgment is entered in favor of Plaintiff American Global Exporters LLC against Defendant Buckeye Barrel Brothers LLC on Counts I through V of Plaintiff's Complaint **[ECF No. 1]** and against Defendant Jason Green on Count V of Plaintiff's Complaint, jointly and severally, in the amount of **$410,250.00**, for which sum let execution issue.  This final judgment shall bear post-judgment interest at the rate prescribed by 28 U.S.C. section 1961.  All other claims against Defendants are **DISMISSED**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of April, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The Amended Final Judgment [ECF No. 40] is amended to correct a clerical error.